### HOOKER *v.* TERPENNING.

*(Supreme Court, General Term, Second Department. September 9, 1889.)*

Argued before DYKMAN and PRATT, JJ.

No opinion. Order affirmed on opinion of court below. For former report, see *ante*, 639.

---

### EVANS *v.* EVANS.

*(Supreme Court, General Term, Fifth Department. October 19, 1889.)*

Judgment reversed, and new trial granted before another referee, with costs of appellant to abide the final award of costs.

---

### PEOPLE *ex rel.* HALL, Appellant, *v.* VILLAGE OF LITTLE FALLS, Respondent.

*(Supreme Court, General Term, Fourth Department. December 7, 1889.)*

Argued before MARTIN, MERWIN, and PARKER, JJ.

*H. Clay Hall, pro se. E. J. Coffeen* and *A. M. Mills,* for respondent.

No opinion. Order affirmed, with $10 costs and disbursements, on opinion of WILLIAMS, J., delivered at special term, *ante*, 512.

---

### PEOPLE *ex rel.* STEPHENS, Respondent, *v.* BARDEN, Mayor, Appellant.

*(Supreme Court, General Term, Fourth Department. February, 1890.)*

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

*De F. Van Vleet,* for appellant. *Crawford Almy,* for respondent.

HARDIN, P. J. The principal questions involved in this case have been passed upon by this court in the decision of the case of *People* v. *Village of Little Falls, supra,* decided at the November term (1889) of this court. See, also, *People* v. *Trustees,* 7 N. Y. Supp. 125; *People* v. *Common Council,* 78 N. Y. 33; *People* v. *Chapin,* 104 N. Y. 96, 10 N. E. Rep. 141. The questions are not open for discussion in this court, and it is our duty to follow the decision made in that case. We think the order appealed from should be reversed, with $10 costs and disbursements, and the motion for a *mandamus* denied. All concur.